# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Natasha Nunn−Paige, et al.
                              Plaintiff,

v.                                              Case No.: 1:19−cv−02352
                                                Honorable Virginia M. Kendall

United States of America, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 14, 2019:


MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendant's Motion to Dismiss for Failure to State a Claim [16]. Response due by 5/28/2019. Reply due by 6/4/2019. Status hearing set for 7/23/2019 at 9:00 AM. Initial Status hearing set for 5/15/2019 at 9:00 AM stands. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.