# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Natasha Nunn–Paige, et al.
                                       Plaintiff,

v.                                                    Case No.: 1:19−cv−02352
                                                           Honorable Virginia M. Kendall

United States of America, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Initial Status hearing held on 5/15/2019. By agreement of parties, Plaintiff's oral motion to remand the case to state court is granted. The Clerk of Court is directed to remand the case to the Circuit Court of Cook County, Illinois forthwith. Defendants' Motions to Dismiss [4] and [16] are dismissed as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.